UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| MARY JO JOHNSON,<br><br>               Plaintiff,<br><br>vs.<br><br>MAXAR TECHNOLOGIES, INC.,<br>DANIEL L. JABLONSKY,<br>HOWELL M. ESTES,<br>NICK S. CYPRUS,<br>ROXANNE DECYK,<br>JOANNE O. ISHAM,<br>C. ROBERT KEHLER,<br>L. ROGER MASON JR.<br>ERIC J. ZAHLER,<br>EDDY ZERVIGON,<br>GILMAN LOUIE,<br>HEATHER WILSON,<br><br>               Defendants. | **Civil Action No.: 1:23-cv-00383-NYW-STV**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), plaintiff Mary Jo Johnson ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 27, 2022                 BRODSKY & SMITH, LLC

                                            By:  */s/ Marc L. Ackerman*
                                                   Marc L. Ackerman
                                                   Two Bala Plaza, Suite 805
                                                   Bala Cynwyd, PA 19004
                                                   Phone: (610) 667-6200
                                                   Fax:    (610) 667-9029
                                                   Email: mackerman@brodskysmith.com

                                                   *Counsel for Plaintiff*